RECEIVED
JAN - 3 2014
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| CLARENCE ALEXANDER FRITZ | CIVIL ACTION NO. 13-2187 |
| VERSUS | JUDGE TRIMBLE |
| ERIC HOLDER, ET AL. | MAGISTRATE JUDGE KIRK |

## JUDGMENT

Before the court is the Report and Recommendation of the magistrate judge in the above-captioned matter.[1] The magistrate judge recommends dismissal of petitioner's §2241 habeas corpus petition on the basis that it is premature, having been filed before the expiration of the government's permissive detention period on February 14, 2014.[2]

Plaintiff did not file objections in this matter, choosing instead to file an Amended Petition for Writ of Habeas Corpus.[3] The court has reviewed the amended petition and finds that the magistrate judge's findings apply equally to the amended petition as they do to petitioner's original petition. Both petitions are premature in light of the February 14, 2014 deadline applicable to this case. Accordingly, it is hereby

**ORDERED, ADJUDGED** and **DECREED** that petitioner's original and amended petitions are **DENIED** and **DISMISSED** without prejudice as **PREMATURE** under applicable law.

---

[1] R. 6.
[2] R. 6 at p. 3. Petitioner's order of removal became final on 5/14/13, triggering the 90-day removal period expiring on August 14, 2013. Under Zadvydas v. Davis, 533 U.S. 678 (2001), the government has an additional six (6) months from the date of the expiration of the removal period to detain petitioner before petitioner's claim for removal becomes cognizable. Thus, petitioner's claim will not become cognizable until February 14, 2014. The court also notes that, the Report and Recommendation erroneously refers to the date on which petitioner's removal order became final as 5/14/12. As stated above, the correct date is 5/14/13.
[3] R. 8.

**THUS DONE AND SIGNED** in chambers at Alexandria, Louisiana this ___3rd___ day of January, 2014.

                                                     JAMES T. TRIMBLE, JR.
                                                   UNITED STATES DISTRICT JUDGE